### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF MISSISSIPPI
### DELTA DIVISION

**VERNON C. ROBINSON**                                                                  **PLAINTIFFS**

**VS**                                                **CAUSE NO.: 2:12CV123-JMV**

**DOLLAR TREE DISTRIBUTION, INC.**                                    **DEFENDANT**

### ORDER

This matter is before the court on motion of plaintiff (#7) for a protective order quashing and/or modifying defendant's subpoenas issued to plaintiff's post-termination employers. The court finds the subpoenas served on New Breed Logistics, Inc. and Thrifty Car Rental should be stricken as premature discovery and are therefore quashed.

Pursuant to the discovery framework provided by the Federal Rule 26(d)(1) and Local Rule 26(a)(4), parties may not seek discovery from any source until after the Rule 26(f) attorney conference; the initial disclosure requirements have been met; and the case management conference has been held.

**IT IS, THEREFORE, ORDERED** that the motion for a protective order (#7) is DENIED AS MOOT and the subpoenas issued to plaintiff's employers New Breed Logistics, Inc. Thrifty Car Rental are quashed and discovery shall proceed only pursuant to the Rule 16 Initial Order issued from this court. In light of this order, plaintiff's emergency motion to stay responses to the subpoenas (#10) is MOOT.

**SO ORDERED**, this the 17th day of September, 2012.

                                                                       /s/Jane M. Virden
                                                                       UNITED STATES MAGISTRATE JUDGE